UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Benjamin McKey, individually and as a
representative of the Class,

Plaintiff,

v.

TenantReports.com, LLC,

Defendant.

Case No. 2:22-cv-01908-GJP

## MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiff Benjamin McKey ("Plaintiff"), individually and on behalf of the proposed Settlement Class, respectfully moves the Court for preliminary approval of the proposed class action settlement with Defendant TenantReports.com, LLC ("Defendant").  Plaintiff respectfully requests the Court: (1) preliminarily approve the proposed Settlement, (2) certify the Settlement Class for settlement purposes, (3) direct notice to be distributed to the Settlement Class, and (4) schedule a final approval hearing.  Defendant does not oppose the relief sought in this Motion.

Dated: June 5, 2023

/s/Joseph C. Hashmall
BERGER MONTAGUE PC
E. Michelle Drake, *pro hac vice*
Joseph C. Hashmall, *pro hac vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net
jhashmall@bm.net

Shanon J. Carson, Bar No. 85957
BERGER MONTAGUE PC

1818 Market Street, Suite 3600
Philadelphia, PA 19103
T. 215-875-4656
F. 215-875-4604
scarson@bm.net

*Counsel for Plaintiff*