UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Benjamin McKey, individually and as a representative of the Class,<br><br>Plaintiff,<br><br>v.<br><br>TenantReports.com, LLC,<br><br>Defendant. | Case No. 2:22-cv-01908-GJP |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Benjamin McKey ("Plaintiff"), individually and on behalf of the Settlement Class, respectfully moves the Court for final approval of the class action settlement with Defendant TenantReports.com, LLC ("Defendant"). Defendant does not oppose the relief sought in this Motion.

Dated: February 21, 2024

/s/Joseph C. Hashmall
BERGER MONTAGUE PC
E. Michelle Drake, *pro hac vice*
Joseph C. Hashmall, *pro hac vice*
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net
jhashmall@bm.net

Shanon J. Carson, Bar No. 85957
Mark B. DeSanto, Bar No. 320310
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
T. 215-875-4656

F. 215-875-4604
scarson@bm.net
mdesanto@bm.net

*Counsel for Plaintiff*